<u>DECLARATION OF JONATHAN BAUM</u>

I, Jonathan Baum, do hereby declare and affirm:

1. I am a Trial Attorney with the United States Department of Justice, and the prosecutor assigned to the above-reference case. I make this declaration in support of the United States' Sentencing Position on Defendant Carolyn Vasquez.

2. I reviewed the bank records for Advanced Medical. These records showed the following:

    a. Defendant Carolyn Vasquez ("Vasquez") wrote checks off this account to her co-defendant, Zurama Espana, and a doctor who worked at one of the fraudulent medical clinics referenced in the first superseding indictment.

    b. A review of the bank records for Advanced Medical from May 2005 to June 2008 revealed that defendant and others deposited checks from at least six different doctors, a medical clinic, and a diagnostic facility into the Advanced Medical account. The doctors and facilities whose names appeared on these checks included Gary Johnson MD, Lyle Justensen MD, Edmund Yao MD, Michael Hemsley MD, Humberto Boccarado MD, Bernard De Berry MD, Myers Medical Group, and Nuero-Med Diagnostics.

    c. In 2005, defendant received approximately $89,003 from the Advanced Medical account. Copies of checks and deposit slips evidencing these payments to defendant are attached to my declaration as Exhibit A.

    d. In addition, defendant wrote approximately $5,450 in checks from the Advanced Medical account to Montclair College Preparatory Academy ("Montclair"). Copies of checks to Montclair are attached to my declaration as Exhibit B.

e. In 2005, defendant wrote an additional $26,418.45 in checks from the Advanced Medical account to LeeAnn Vasquez. A copy of the checks to LeeAnn Vasquez is attached to my declaration as Exhibit C.

f. The Advanced Medical bank records show that in 2006, defendant wrote another $4,080 in checks to Montclair, and an additional $4,400 in checks to LeeAnn Vasquez.

3. On approximately July 18, 2008, a doctor who worked at one of the fraudulent medical clinics referenced in the first superseding indictment consensually-recorded a meeting with defendant and her co-defendant, Eduard Aslanyan. A compact disk with a recording of that meeting is attached to my declaration as Exhibit D.

4. I reviewed a jail call between defendant and Michael Smushkevich which was recorded on September 20, 2008. During the call, defendant told Smushkevich that someone came in from out of town that had to go to "that place" on Thursday, but no one picked him up. Smushkevich reassured defendant that someone took care of it.

I declare and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____/s/_____
Jonathan Baum
Trial Attorney
United States Department of Justice